## WELLS against LANE.

In an action under the act (sess. 24 c 188.) concerning slaves, for a *penalty*, for harbouring the slave of the plaintiff, brought against a member of a religious society or sect, called *Shakers*, a member of that society is a competent witness, although the members hold all things in common, and have a partnership interest in all their concerns as a religious sect.

IN error, on *certiorari*, from a justice's court.

*Lane* sued *Wells*, before a justice, for two *penalties*, of twelve dollars and fifty cents each, under the 14th section of the act concerning slaves and servants, (sess. 24. c. 188.) for harbouring his slave *Betty*, on the 4th and 5th of *November*, 1810. The defendant pleaded, that *Betty*, the daughter of the plaintiff, was a member of the society of *Shakers*, and is a member of the society in which the defendant resides. That she became a member of the society, by the consent and request of the plaintiff, and by agreement between the plaintiff, the defendant, and *Betty;* and that she resided among the people called *Shakers*, by her own choice, without any compulsion. That she was of age and free, and not a slave, nor was the plaintiff her master, within the meaning of the act, nor had she been sold by fraud, nor liable to maintenance, as a pauper, &c.

The cause was tried by jury. On the trial, the plaintiff proved that he bought *Betty*, and that she was a slave as the witness had heard, and was born before the plaintiff had married her mother. That the plaintiff bought the mother and *Betty*, as slaves. That *Betty* was at the house of the defendant, and the plaintiff had forbidden the defendant to keep her.

6

The defendant proved that the plaintiff said, he had bought *Betty* and her mother, to free them from slavery. The plaintiff proved that the *Shakers* were all in partnership, and had one common interest, as brothers and sisters. The defendant offered several members of the society, as witnesses, to prove the allegations contained in his plea ; but the justice rejected the evidence of the *Shakers*, who were in full communion in their church. The jury found a verdict for the plaintiff, for 25 dollars.

*Van Vechten*, for the plaintiff in error.

*Rodman*, contra.

*Per Curiam.* The rejection of the witnesses offered by the defendant below, to prove the truth of his plea, was erroneous. Though the members of the society of *Shakers* may be partners in interest, as to their concerns, as a religious community, that copartnership cannot extend to the case of a penalty forfeited by either of the members, for a violation of a penal statute ; and the objection could only go to the credit, not to the competency, of the witnesses offered. On this ground, and without examining further into the merits of the case, the judgment is erroneous, and must be reversed.

Judgment reversed.